

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-15-00717-CV

**IN THE ESTATE OF MARIA L. RAYNES**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-PC-0369
Honorable Kelly Cross, Judge Presiding

## O R D E R

The Appellant's Motion to Transfer Reporter's Record is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court